No. 96–1683.   IN RE CALDERON, WARDEN.   Motion of respondent for leave to proceed *in forma pauperis* denied.   Petition for writ of mandamus denied.

No. 96–1577.   ALASKA *v.* NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT ET AL.   C. A. 9th Cir.   Certiorari granted.

No. 96–1469.   UNITED STATES *v.* RAMIREZ.   C. A. 9th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari granted.

No. 96–881.   TAFFI ET UX. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 96–1102.   SOUTH CAROLINA ET AL. *v.* ENVIRONMENTAL TECHNOLOGY COUNCIL.   C. A. 4th Cir.   Certiorari denied.

No. 96–1294.   RMC INTERNATIONAL, LTD., ET AL. *v.* SENGOKU WORKS, LTD.   C. A. 9th Cir.   Certiorari denied.

No. 96–1473.   ZEVALKINK ET AL. *v.* BROWN, SECRETARY OF VETERANS AFFAIRS.   C. A. Fed. Cir.   Certiorari denied.

No. 96–1479.   STRANO ET AL., DBA STRANO FARMS *v.* DEPARTMENT OF JUSTICE ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 96–1494.   ALCAN ALUMINUM CORP. *v.* UNITED STATES ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 96–1511.   O'DELL *v.* HERMAN, SECRETARY OF LABOR, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 96–1518.   UNITED TECHNOLOGIES CORP., BY ITS DIVISION, PRATT & WHITNEY *v.* FEDERAL AVIATION ADMINISTRATION.   C. A. 2d Cir.   Certiorari denied.